IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA JO FENIMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0039 |
| ) | Judge Trauger |
| MIDWESTERN GAS TRANSMISSION ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The defendant's Motion to Strike is **DENIED**, but its alternative Motion for Leave to File a Sur-Reply (Docket No. 11) is **GRANTED**. The defendant shall file its sur-reply by March 28, 2008.

It is so **ORDERED.**

Enter this 19th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge